
RECEIVED
OCT 1 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CREWS TRADING CO., INC. | CIVIL ACTION NO. 05-0040 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TERRAL FARM SERVICE, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Magistrate Judge's August 10, 2005 Report and Recommendation adopted herein, except as provided in this Court's Ruling,

IT IS ORDERED that the "Motion to Dismiss Plaintiff's Claims" [Doc. No. 18] filed by Defendant Bunge North America, Inc. and the "Motion to Dismiss Plaintiff's Claims" [Doc. No. 20] filed by Monticello Gin & Elevator, Co., Inc. and Crowville Grain & Elevator Co., Inc. are DENIED.

IT IS ORDERED, ADJUDGED, and DECREED that the "FRCP 12(b)(6) and/or FRCP 56 Motion to Dismiss for Failure to State a Claim on Motion for Summary Judgment" [Doc. No. 26] filed by Defendant Terral Farm Service, Inc. is GRANTED, and the claims against this Defendant are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 18 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE