RECEIVED
IN MONROE, LA

AUG 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CREWS TRADING CO., INC.** | * | **CIVIL NO. 05-00040** |
| **VERSUS** | * | **JUDGE JAMES** |
| **TERRAL FARM SERVICE, INC., ET AL** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge on defendant Bunge North America's alternative motion to dismiss pursuant to FRCP Rule 41(b) (Doc. No. 100), rendered in open court after hearing held on Friday July 28, 2006, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Bunge North America's alternative motion to dismiss pursuant to FRCP Rule 41(b) (Document No. 100) is hereby GRANTED, and this matter dismissed with prejudice at plaintiff's cost.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff is to pay the costs and attorney fees incurred by the moving parties in connection with the motions.

THUS DONE AND SIGNED this 22 day of August, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION