RECEIVED
IN MONROE, LA
AUG 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CREWS TRADING CO., INC. | CIVIL ACTION NO. 05-0040 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TERRAL FARM SERVICE, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge on Defendant Bunge North America's alternative motion to dismiss [Doc. No. 100], rendered in open court after hearing held on Friday, July 28, 2006, having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion to dismiss is GRANTED, and Plaintiff's claims against all Defendants are DISMISSED WITH PREJUDICE and at Plaintiff's costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is to pay the costs and attorneys' fees incurred by Defendants in connection with the motions for sanctions, to compel discovery, and to dismiss [Doc Nos. 82, 85, 88, 96] and in preparation for and attendance at the motion hearing held on July 28, 2006.

MONROE, LOUISIANA, this 28 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE